# UNITED STATES DISTRICT COURT

Southern     **DISTRICT OF**     Texas

**WAIVER OF INDICTMENT**

United States of America

v.

Case Number: **4:21cr491**

GERRON HALL

Defendant(s)

I, GERRON HALL _____, the above-named defendant, who is accused of

Ct. 1: Conspiracy [18 U.S.C. § 371]

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on _____ prosecution by indictment and consent
*Date*
that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____
Judicial Officer