USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET
United States Courts
Southern District of Texas
FILED
*October 13, 2021*
Filed Nathan Ochsner, Clerk of Court

No. **4:21cr491**

Judge: **Hanen**

HOUSTON DIVISION
USAO Number:
Magistrate Number:
CRIMINAL INFORMATION

**UNITED STATES of AMERICA**
VS.

GERRON HALL

ATTORNEYS:

Jennifer B. Lowery, Acting USA — (713) 567-9000

Robert Johnson, AUSA — (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
Ct. 1: Conspiracy [18 U.S.C. § 371]
NOTICE OF FORFEITURE [18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)]

(TOTAL)
(COUNTS:)
( 1 )

PENALTY:

☑ In Jail Gerron Hall
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: