United States Courts
Southern District of Texas
FILED
*October 13, 2021*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:21cr491** |
| | § | |
| **GERRON HALL** | § | **UNDER SEAL** |

## MOTION TO SEAL INFORMATION

TO THE HONORABLE JUDGE OF SAID COURT:

The United States asks the Court to seal the Information against the defendant, Gerron Hall, this motion, and the Court's corresponding order to seal until further motion by the government.

Additionally, the United States asks the Court to allow the United States to provide copies of the sealed Information to other law enforcement organizations, including the Federal Bureau of Investigation and IRS-Criminal Investigation Division, and to counsel for the defendant.

The United States further asks the Court to order the District Clerk to provide copies of the sealed Information to personnel of the United States Attorney's Office.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

ROBERT S. JOHNSON
Assistant United States Attorney