# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. **4:21cr491** |
| | § | |
| GERRON HALL | § | UNDER SEAL |

## ORDER

It is ORDERED that the Information against the above-named defendant, this order, and the United States' Motion to Seal shall be sealed until further motion by the government.

It is FURTHER ORDERED that the United States may provide copies of the sealed Information to other law enforcement organizations, including the Federal Bureau of Investigation and IRS-Criminal Investigation Division, and to counsel for the defendant.

It is FURTHER ORDERED that the District Clerk shall provide copies of the sealed Information to the United States Attorney's Office.

SIGNED at Houston, Texas, on the 13th day of October, 2021.

_____
Sam Sheldon
United States Magistrate Judge