UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § | CRIMINAL NO: **4:21cr491** |
| v. | | |
| GERRON HALL | | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a ___CRIMINAL INFORMATION___ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on ___10.20.21___ at ___2pm___. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

Defendant

GERRON HALL

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on ___October 13___, 20 ___21___.

_____
UNITED STATES MAGISTRATE JUDGE