UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:21−cr−00491
*SEALED*

Gerron Hall

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/26/2021

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   October 22, 2021

Nathan Ochsner, Clerk