Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED

*October 25, 2021*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CRIMINAL NO. H-21-CR-491 |
| GERRON HALL, ET AL. | § | (UNDER SEAL) |

## MOTION TO CONSOLIDATE CASES

TO THE HONORABLE JUDGE OF SAID COURT:

The United States asks the Court to consolidate a series of cases under one case number.

The government has filed separate Criminal Informations against five alleged coconspirators in a bribery scheme in which each conspirator is alleged to have been paid by the same payor. Each Information has been assigned a separate case number, which are as follows: *United States v. Hall*, H-21-CR-491; *United States v. Hoskins*, H-21-CR-503; *United States v. Tovar*, H-21-CR-504; *United States v. Skillern-Jones*, H-21-CR-508; *United States v. Sanders*, H-21-CR-509. The government filed related case notices with each Information. All of the Informations have now been transferred to the court of Hon. Andrew S. Hanen. Since all of these defendants are alleged to be coconspirators in the same criminal scheme, for ease of

administration the government requests that their separate cases be consolidated under the original case number, H-21-CR-491.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

Robert S. Johnson
Assistant United States Attorney