Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CRIMINAL NO. H-21-CR-491 |
| GERRON HALL, ET AL. | § | UNDER SEAL |

## ORDER

For the reasons stated in the government's Motion to Consolidate Cases, it is ORDERED that the above captioned case be consolidated with *United States v. Hoskins*, H-21-CR-503, *United States v. Tovar*, H-21-CR-504, *United States v. Skillern-Jones*, H-21-CR-508, and *United States v. Sanders*, H-21-CR-509, so that the case number for the above defendants shall be H-21-CR-491.

SIGNED at Houston, Texas, on the _____ day of _____, 2021.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE