United States District Court
Southern District of Texas
**ENTERED**
October 28, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | |
| | § | |
| GERRON HALL | § | Criminal No. 21-491 |
| ALFRED HOSKINS | § | Criminal No. 21-503 |
| LUIS TOVAR | § | Criminal No. 21-504 |
| RHONDA SKILLERN-JONES | § | Criminal No. 21-508 |
| DERRICK SANDERS | § | Criminal No. 21-509 |

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

## ORDER

Pending before the Court is the Government's Motion to Consolidate Cases in each of the referenced cases. For the reasons stated in the Government's Motion and the Defendants being unopposed, it is hereby

**ORDERED** that the following cases will be consolidated:

Criminal No. 491; *USA v. Gerron Hall*

Criminal No. 503; *USA v. Alfred Hoskins*

Criminal No. 504; *USA v. Luis Tovar*

Criminal No. 508; *USA v. Rhonda Skillern-Jones*

Criminal No. 509; *USA v. Derrick Sanders*

The Clerk shall file this Order in each individual case. The Clerk is further directed to file the Plea Agreements and PSI Orders from each individual case in Criminal No. 21-491. All future filings will be filed under Criminal No. 21-491; *USA v. Gerron Hall, et al.*

Signed at Houston, Texas this 28th day of October 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE