UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. H-21-CR-491 |
| | § | |
| GERRON HALL, ET AL. | § | UNDER SEAL |

## MOTION TO UNSEAL

TO THE HONORABLE JUDGE OF SAID COURT:

The United States asks the Court to unseal and docket the plea agreements and criminal informations filed in the cases described below.

Criminal Informations were filed in the following cases, and the defendants entered plea agreements in sealed proceedings with delayed docketing: *United States v. Hall*, H-21-CR-491, *United States v. Hoskins* H-21-CR-503, *United States v. Sanders*, H-21-CR-509, *United States v. Tovar*, H-21-CR-504, and *United States v. Skillern-Jones*, H-21-CR-508. These cases have been consolidated under *United States v. Hall, et al.*, H-21-CR-491. The remaining defendants have now been charged by indictment and will be arrested shortly. Therefore, the government requests that these plea agreements and criminal informations be unsealed at this time and docketed.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

ROBERT S. JOHNSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. H-21-CR-491 |
| | § | |
| GERRON HALL, ET AL. | § | UNDER SEAL |

## ORDER

Having considered the government's Motion to Unseal, that Motion is GRANTED. Accordingly, it is ORDERED that the criminal informations and plea agreements in the following cases, which have been consolidated in the above captioned case, be unsealed and docketed: *United States v. Hall*, H-21-CR-491, *United States v. Hoskins* H-21-CR-503, *United States v. Sanders*, H-21-CR-509, *United States v. Tovar*, H-21-CR-504, and *United States v. Skillern-Jones*, H-21-CR-508.

SIGNED at Houston, Texas, on the _____ day of _____, 2021.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE