United States District Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| v. | § § | CRIMINAL NO. H-21-CR-491 |
| **GERRON HALL, ET AL.** | § | UNDER SEAL |

## ORDER

Having considered the government's Motion to Unseal, that Motion is GRANTED. Accordingly, it is ORDERED that the criminal informations and plea agreements in the following cases, which have been consolidated in the above captioned case, be unsealed and docketed: *United States v. Hall*, H-21-CR-491, *United States v. Hoskins* H-21-CR-503, *United States v. Sanders*, H-21-CR-509, *United States v. Tovar*, H-21-CR-504, and *United States v. Skillern-Jones*, H-21-CR-508.

SIGNED at Houston, Texas, on the ___15th___ day of ___December___, 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE