UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v § | CASE NO. H-21-CR-491 |
| § | |
| RHONDA SKILLERN-JONES § | |

## GOVERNMENT'S OPPOSITION TO RETURN OF PASSPORT

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas, and files this opposition to the requested return of Defendant's passport and request for permission to travel.

Defendant is a former public official who took bribes while serving as a Trustee of the HISD Board of Education. On October 28, 2021, Defendant entered a guilty plea to Count One of the Information, charging her with conspiracy in violation of 18 U.S.C. § 371. She faces a maximum sentence of up to five years in custody, and, pursuant to her plea agreement, she agrees to pay restitution. Defendant was placed on bond at the time of her plea and has remained on bond while awaiting sentencing.

Defendant has filed a motion for return of her passport and for permission to travel out of the Southern District of Texas. Her proposed travel does not appear to be for required family or business purposes. Her itinerary includes visits to London, England, Nice, France, Hong Kong, and Bangkok. Under 18 U.S.C. §

1

3143(a), "the judicial officer shall order that the person who has been found guilty of an offense and who is awaiting imposition or execution of a sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released . . . ." The extensive nature of Defendant's recently proposed travel and the fact that it is not for a serious business purpose or family emergency raises the question whether the Defendant has now become a flight risk. It also presents the possibility that Defendant will not be able to pay restitution because of the cost of the travel. The Government therefore opposes return of the passport and requests that the Court determine whether Defendant can show by clear and convincing evidence that she is not a risk of flight. If she cannot make this showing, then she should be taken into custody.

Respectfully Submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Robert S. Johnson*
Robert S. Johnson
Assistant United States Attorney

## Certificate of Service

On October 12, 2023, I served the government's Opposition on counsel of record.

\_\_\_\_/s/_____
Robert S. Johnson
Assistant United States Attorney