UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                                 Case Number: 4:21−cr−00491

Gerron Hall

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Yvonne Y Ho

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  12/16/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

Date:    December 16, 2025

Nathan Ochsner, Clerk