# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:21–cr–00491

Gerron Hall

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Gerron Hall as set forth below.**

**Before the Honorable Yvonne Y Ho**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/17/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation

---

Date: December 16, 2025                                    Nathan Ochsner, Clerk