## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                          Case Number: 4:21–cr–00491

Gerron Hall

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 1/14/2026

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Final Hearing – Pretrial Viol

Date:    December 17, 2025

Nathan Ochsner, Clerk