**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA

v. Case Number: 4:21−cr−00491

Gerron Hall

---

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/15/2026

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Final Hearing − Pretrial Viol

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date: November 17, 2026

Nathan Ochsner, Clerk
by R. Hawkins , Deputy Clerk